with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. [134 Misc. 152.]

ERIE COUNTY ELECTRIC COMPANY, Respondent, v. MARKO STORAGE BATTERY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LEONARD P. HALL, Respondent, v. PIERREPONT HOLDING CO., INC., Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

KNOX HAT COMPANY, INC., Appellant, v. KIRBY HATS, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, and the defendant enjoined from continuing the house marks on their store windows, but permitting defendant six months within which to dispose of such merchandise as may be on hand. The amount of the bond to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

UFA EASTERN DIVISION DISTRIBUTION, INC., Respondent, v. UNIVERSUM FILM AKTIENGESELLSCHAFT, Appellant.— Order affirmed with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DORIAN HOLDING AND TRADING CORPORATION, Respondent, v. BRUNSWICK TERMINAL AND RAILWAY SECURITIES COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant, v. JERRIE HOLDING CORPORATION and Others, Defendants, Impleaded with CUNARD LEATHER PRODUCTS, INC., Purchaser, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FARMS COMPANY, Respondent, v. GUY HUSTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FARMS COMPANY, Respondent, v. GUY HUSTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES E. SULLIVAN, Respondent, v. W. A. HARRIMAN & CO., INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LEE A. SMITH and Others, Appellants, v. REGINALD FRANCIS, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LAURA HUNT, Appellant, v. ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.— Order reversed, with ten dollars costs and dis-